IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RITA R. RADABAUGH,                         :

      Plaintiff(s)                         :

                    :   Case Number: 1:01cv705-SJD

    vs.                                    :

                    :   District Judge Susan J. Dlott

THE PENN TRAFFIC CO., et al,               :

      Defendant(s)                         :

ORDER

On August 6, 2003, this Court entered an order and judgment in this case. In its order, the

Court discussed the fact that it had previously requested the plaintiff to submit any additional

medical evidence created prior to October 31, 2000 and that the time to file such evidence had

passed with the plaintiff having filed nothing in response.

This Court has been notified by the plaintiff that such documents were filed on July 14,

2003 with the Clerk of this Court. While the record does not indicate any such filing, the plaintiff

has produced a file stamped copy of said document.

Accordingly, the order and judgment entered by this Court on August 6, 2003 is hereby

set aside. The Clerk is directed to (1) reopen this matter to the active docket of this Court, and

(2) file the plaintiff's legal memorandum that was submitted directly to chambers.

The defendant shall have until October 3, 2003 to file their response to the plaintiff's

legal memorandum.

IT IS SO ORDERED.

                                   ___s/Susan J. Dlott_____
                                   Susan J. Dlott
                                   United States District Judge