IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Rita RADABAUGH

    Plaintiff,

vs.                                                                                  Civil Action No.  C-1-01-705

CONTINENTAL CASUALTY COMPANY,                         Judge:  Hon. Susan J. Dlott

    Defendant.

### DEFENDANT'S NOTICE OF MANUAL FILING

Please take notice that Defendants have manually filed the Affidavit of Eugene Truchelut, M.D. in Support of Defendant's Legal Memorandum Opposing Plaintiff's Submission of Additional Evidence.  This document has not been filed electronically because the document requires an original signature which cannot be converted to an electronic format.

The Affidavit of Eugene Truchelut, M.D. in Support of Defendant's Legal Memorandum Opposing Plaintiff's Submission of Additional Evidence has been manually served on all parties.

    Respectfully submitted,

    */s/ Philip F. Brown*
    Philip F. Brown (0030809)
    Michael E. Heffernan (0069851)
    Brenner, Brown, Golian &
    McCaffrey Co., LPA
    2109 Stella Court
    Columbus, Ohio 43215
    (614) 258-6000
    (614) 258-6006 fax
    Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2003, a copy of the foregoing Notice of Manual Filing was filed electronically. Notice of this filing will be sent to all parties listed below by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Philip F. Brown*
Philip F. Brown
Michael E. Heffernan

Franklin T. Gerlach
814 Seventh Street
Portsmouth, Ohio 45662
Attorney for Plaintiff