UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CASE NO. 1:01cv00705-WOB

RITA RADABAUGH                                              PLAINTIFF

v.                           **ORDER**

CONTINENTAL CASUALTY COMPANY                                DEFENDANT

This matter is before the court on the motions of defendant for judgment (Doc. #9) and to strike (Doc. #24) and motion of plaintiff for judgment (Doc. #10), and the court being advised,

**IT IS ORDERED** that oral argument on such motions be, and it is, hereby set on **Monday, November 15, 2004 at 11:00 a.m.** in the United States District Courthouse in Cincinnati, Ohio (room to be assigned).

This 14th day of October, 2004.



Signed By:
William O. Bertelsman  WOB
United States District Judge