IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RITA R. RADABAUGH, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:01cv705-SJD |
| vs. : | |
| : | District Judge Susan J. Dlott |
| THE PENN TRAFFIC CO., et al, : | |
| : | |
| Defendant(s) : | |

ORDER

The above-captioned matter is hereby TRANSFERRED from the docket of The Honorable Susan J. Dlott to the docket of The Honorable William O. Bertelsman, sitting by designation.

IT IS SO ORDERED.

                                                                                                        s/Susan J. Dlott
                                                                                                        Susan J. Dlott
                                                                                                        United States District Judge

                                                                                                        s/William O. Bertelsman
                                                                                                        William O. Bertelsman
                                                                                                        United States District Judge