UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CIVIL ACTION NO. 1:01cv00705-WOB

RITA R. RADABAUGH                                              PLAINTIFF

VS.                              **JUDGMENT**

CONTINENTAL CASUALTY CO.                                       DEFENDANT

Pursuant to the Opinion and Order of this court entered concurrently herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is entered for Plaintiff, and defendant is ordered to pay plaintiff twenty-four months of long-term disability benefits.

This 22nd day of November, 2004.



Signed By:
William O. Bertelsman  WOB
United States District Judge